Lawrence FEARON, Plaintiff–Appellant,

v.

HAGERSTOWN TRUST CORPORATION, Defendant–Appellee.

No. 06–6794.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 28, 2006.

Decided: Oct. 10, 2006.

Lawrence Fearon, Appellant Pro Se. William Joseph Carter, Michael J. Sepanik, Carr Maloney, P.C., Washington, D.C.; Alice Sung Hyon Chong, Brown & Sheehan, LLP, Baltimore, Maryland, for Appellee.

Before NIEMEYER, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Lawrence Fearon appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2000) complaint and reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Fearon v. Hagerstown Trust Corp.,* No. 8:05–cv00921–AW (D. Md. Feb. 23 & Apr. 4, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*